FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 24 2015

CHRISTOPHER A. PRINE

CLERK



# MANDATE

## Court of Appeals

## First District of Texas

NO. 01-14-00695-CV

KAMAL KADI, Appellant

V.

WILLIS GROUP, Appellee

Appeal from the County Civil Court at Law No. 3 of Harris County (Tr. Ct. No. 972077)

**TO THE COUNTY CIVIL COURT AT LAW NO. 3 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 10th day of February, 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

Appellant, Kamal Kadi, has neither established indigence nor paid, or made arrangements to pay, all the required fees. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that the appellant, Kamal Kadi, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 10, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 24, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT





# Court of Appeals

## First District of Texas

### BILL OF COSTS

No. 01-14-00695-CV

Kamal Kadi

v.

Willis Group

NO. 972077 IN THE CO CIVIL CT AT LAW NO 3 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| CLK RECORD | $98.00 | 09/02/2014 | PAID | ANT |
| FILING | $195.00 | 08/20/2014 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $293.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 24, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**